# Exhibit 1



**NATIONAL COURT ADMINISTRATION**
**REPUBLIC OF KOREA**
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

Nov. 30, 2022
Our Ref: **2022-F-3663**

**CENTRAL AUTHORITY FOR USA**

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.*

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

**National Court Administration**
**(Attn: Director of International Affairs)**

**219 Seocho-Daero, Seocho-Gu,**

**Seoul   06590**

**REPUBLIC OF KOREA**

Yours sincerely,

*[signature: 김은실]*

KIM Eun Sil
Director of International Affairs
National Court Administration

CIV 189-34-23-2
Dec 21, 2022

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | | |
|---|---|---|
| 1. | Sender<br>(발송처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 06590<br>REPUBLIC OF KOREA |
| 2. | Central Authority of the Requested State<br>(수탁 국가의 중앙당국) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. | Person to whom the executed request is to be returned<br>(집행된 요청서의 수신처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 06590<br>the REPUBLIC OF KOREA |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.

Date
(날짜)

Reason for urgency*
(긴급을 요하는 이유)

# IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:
(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)

5. a  Requesting judicial authority (Article 3,a)
   (촉탁 사법 당국)
   (제3조 1)

   Seoul Central District Court,
   157, Seochojungang-ro, Seocho-gu,
   SEOUL 06590
   REPUBLIC OF KOREA

   b  To the competent authority of (Article 3,a)
      (집행할 관할 당국)(제3조 1)
      (모르는 경우에는 기재하지 말 것.)

   c  Names of the case and any identifying number
      (사건의 이름과 번호)

      2022GaDan5307709 Compensation for Damage

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3,b)
   (당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*))(제3조 2)

   a  Plaintiff
      (원고)

      AHIN PARK
      7F, 22, Daesagwan-ro 34-gil, Yongsan-gu, Seoul, Republic of Korea

      Representatives
      (변호인)

      MIN KYUNG YOO, Attorney
      10F, 725, Eonju-ro, Gangnam-gu, Seoul, Republic of Korea

   b  Defendant
      (피고)

      The unknown and four others

      Representatives
      (변호인)

   c  Other parties
      (그 외)

      Representatives
      (변호인)

* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | Compensation for Damage |
| b | Summary of complaint (소장(청구)에 대한 요약) | Defendants, by means of his or her Instagram account, insulted the plaintiff publicly and the plaintiff came to claim compensation for damages against the defendant since the Plaintiff suffered financial damage and mental distress due to the defamation or insult of the defendants. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | 1601 Willow Road, Menlo Park, California 94025 Meta Platforms, Inc.  Refer to the Attached documents (Application for the Order to Submit the Documents) |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | Since the plaintiff is not aware of the defendants' identity for now and every piece of information to specify the identity of the defendants is being kept only by Meta Platforms, Inc., the order to submit the documents is required to specify the identity of the defendants. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | Refer to the Attached documents (Application for the Order to Submit the Documents) |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송육(주된내용)에 관한 설명)(제3조 6)* | |

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)* (증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)* (증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)* (따라야 하는 특별한 방식 또는 절차) (예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* (촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |
| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)* (촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | |

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

| | | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |

**DATE OF REQUEST** | NOV. 03. 2022

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

김한성 [seal]

**KIM HAN SUNG**

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

# SEOUL CENTRAL DISTRICT COURT

## DECISION

Case            2022GaDan5307709 Compensation for Damage(Gi)

Plaintiff        PARK, AHIN (박아인)
An Attorney for the Plaintiff: MIN KYUNG YOO, attorney

Defendant       The unknown and four others

Documents Holder   Meta Platforms, Inc

## TEXT

The documents holder shall submit the following documents to this court within 7 days from the receipt date of this decision.

Document: As presented in the attached document (Application for the order to submit the documents on Oct. 17, 2022)

## REASONING

Since the application for the order to submit the documents, in this case, is deemed justifiable, the decision has been made as the text.

October 27, 2022

Judge    HAN SUNG KIM    

Seoul Central District Court 2022GaDan5307709 Compensation for damage(Gi) the same as the original submitted on Oct. 17, 2022

# Application for the Order to Submit the Documents

Case        2022GaDan5307709 Compensation for Damage(Gi) [Court in charge: Civil 33 Single]

Plaintiff    PARK, AHIN (박아인)

Defendant   The unknown and four others

In order to prove the alleged facts for the case above, the plaintiff applies for the order to submit documents as follows.

## Documents

1. All the information about those subscribers whose Instagram accounts are "ksksksms12", "bagaindw", "ugugjisa", and "gogosim4" (including names, dates of birth, e-mail addresses, cell phone numbers, and IP addresses, etc.)
2. Whether the subscribers of each account are the same person (whether an account is derived from another account)
3. Whether there are other accounts created by the subscribers whose accounts are "ksksksms12", "ugugjisa", or "gogosim4". If there is any, the name of the accounts and all the information of the account(s).

## Gist of the Documents

Defendants, by means of their Instagram accounts, defamed the plaintiff's reputation or insulted the plaintiff and the plaintiff came to file this case since the Plaintiff suffered financial damage and mental distress due to the defamation or insult of the defendants. Meanwhile, the plaintiff is not aware of each defendant's identity for now, and every piece of information to specify the identity of the defendants is being kept only by Meta Platforms, Inc.

Seoul Central District Court 2022GaDan5307709 Compensation for damage(Gi) the same as the original submitted on Oct. 17, 2022

## Holder of Documents

Meta Platforms, Inc

Address: 1601 Willow Road, Menlo Park, California 94025

## FACTS TO BE PROVED

In order to specify the identity of the defendant 1, 2, 3, and 4 in this case.

## CAUSES for the DUTY of SUBMITTING DOCUMENTS

① Types

☐ Documents quoted in the litigation by a party (quoted documents)

☑ The applicant has the legal right to demand a handover or reading of the documents from the person who holds them (handover, reading of documents)

☐ Documents were made for the benefit of the applicant (beneficial documents)

☐ Documents were made under the legal relations between the applicant and the person who holds the documents (legal relations documents)

☐ Other documents that need to be submitted (reason:)

## ATTACHED DOCUMENTS

1. Defendant 1. (ksksksms12)'s posting

2. Defendant 2. (bagaindw)'s posting

3. Defendant 3. (ugugjisa)'s posting

4. Defendant 4. (gogosim4)'s posting

Seoul Central District Court 2022GaDan5307709 Compensation for damage(Gi) the same as the original submitted on Oct. 17, 2022

October 17, 2022

An Attorney for the Plaintiff

MIN KYUNG YOO, Attorney

To Seoul Central District Court

서울중앙치법 2022가단5307709 손해배상(기) 2022.10.17 제출 원본과 상위 없음



서울중앙치법 2022가단5307709 손해배상(기) 2022.10.17 제출 원본과 상위 없음









서울중앙치법 2022가단5307709 손해배상(기) 2022.10.17 제출 원본과 상위 없음

> **ugugjisa**님이 댓글을 남겼습니다: 탈세 했어요 물건 사지마세요 4시간
> 답글 달기  메시지

> **ugugjisa**님이 댓글을 남겼습니다:
> @heungzizi8422 라네띠 물건 사지마세요 ㅋㅋㅋ 탈세 했어요 ㅋㅋㅋ명의 돌려서 탈세 하고 4시간
> 답글 달기  메시지

> **ugugjisa**님이 댓글을 남겼습니다:
> @sohyeonkeem 라네띠 탈세 했어요 시누이 남편 명의 돌려서 사업하고 탈세 해서 세금 안내고 살아요 4시간
> 답글 달기  메시지

서울중앙지법 2022가단5307709 손해배상(기) 2022.10.17 제출 원본과 상위 없음



# SWORN STATEMENT (AFFIDAVIT)

AUTHORITY: Article 2 and 20 of the Licensed Administrative Agent Act (Law No. 17394) of the Republic of Korea

USES: This sworn statement may be submitted to foreign government institution, immigration, immigration office, educational institution, law enforcement agencies, customs, recruitment, and other related institutions, attached to the original document(s) and its translated document(s).

**I, AHN, MAHNGYU, being duly sworn, hereby depose and say:**

that I am authorized as a Certified Public Translator and a Licensed Administrative Agent (license No. 18302025406) by the Ministry of the Interior and Safety of Korea;
that I have translated the attached document(s) from Korean into English;
that this copy is true and correct to the original;
that it is a true and correct translation to the best of my knowledge, ability and belief;
that I have strictly prepared the attached document(s) and issued a certificate of translation in accordance with the relevant Korean laws and regulations including the Licensed Administrative Agent Act and the Personal Information Protection Act.

 

signed by: AHN, MAHNGYU as of November 15, 2022

## LOHAS Certified Public Translator & Licensed Administrative Agent Office

Address: (06611) KI tower 10F 109, Gangnam-daero 69-gil 8, Seocho-gu, Seoul, Republic of Korea,
Phone: +82 010-2957-1846, E-mail:lohas-office@naver.com




## LOHAS Certified Public Translator Office

Address: (06611) KI tower 10F 109, Gangnam-daero 69-gil 8, Seocho-gu, Seoul, Republic of Korea, Tel:+82 010-2957-1846, E-mail:lohas-office@naver.com

# CERTIFICATE OF TRANSLATION

In accordance with the Licensed Administrative Agent Act (Law No. 17394 amended on June 10th, 2021) of the Republic of Korea, a certified public translator & licensed administrative agent is duly authorized to prepare, confirm and translate foreign documents submitted to public offices into Korean or Korean documents issued by administrative offices into foreign language and vice versa (Article 2), and may issue an attestation of translation for any document translated by him/her(Article 20).

No. 22-1115-01              Date: November 15, 2022

Title of Document : Court Decision

Name of Requester : PARK, AHIN

I, the below signed **AHN, MAGHNGYU**, Certified Public Translator & Licensed Administrative Agent by the Ministry of the Interior and Safety, DO HEREBY CERTIFY:

that the attached documents were prepared and translated by me at the request of the above named person who has duly appeared and confirmed the contents of the documents at my office;

that to the best of my knowledge, the documents were prepared and translated accurately for the public purpose of use for international businesses, immigration, or overseas studies, etc, in accordance with the relevant regulations and laws.

IN TESTIMONY Whereof, I have hereunto subscribed my name and affixed my seal of office.



**AHN, MAHNGYU**

Certified Public Translator & Licensed Administrative Agent
Registration No. 18302025406